STATE OF CONNECTICUT *v.* ANDRE BOISVERT

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 420 (AC 14338), is denied.

BERDON, J., dissenting. I would grant certification on the following issues:

"1. Did the stop of the defendant by the police at a roadside sobriety check or roadblock while operating

his motor vehicle violate his rights under article first, §§ 7 and 9, of the Connecticut constitution?

"2. In the alternative, if a police roadblock sobriety checkpoint is determined to be a valid procedure in Connecticut, were the defendant's federal and state constitutional rights violated by the failure of the police to follow specific guidelines and/or procedures?"

*Robert J. McKay* and *Gregory A. Thompson*, in support of the petition.

*Jack W. Fischer*, assistant state's attorney, in opposition.

Decided April 22, 1996